## 22776. HUNTER v. THE STATE.

BROYLES, C. J. The evidence amply authorized the defendant's conviction of the offense charged (burglary) ; and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment. The refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 27, 1933. REHEARING DENIED FEBRUARY 17, 1933.

*Jack J. Hunter,* pro se.
*Charles H. Garrett, solicitor-general,* contra.